COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 8, 2015
 No. 10-14-00048-CR
 GINNIE FAY ROBERTS
 v.
 THE STATE OF TEXAS
 
 
 From the 413[th] District Court
 Johnson County, Texas
 Trial Court No. F47843
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgments of February 13, 2014 are affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk